UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : CIVIL NO: 3:01CV01216 (CFD) |
| Marnie S. Martinez, | : |
| Defendant. | : December 22, 2003 |

## SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL NO. CT03393

## C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on December 23, 2003.

Marnie S. Martinez
511 East Main Street
Norwich, CT  06360

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

## DEPARTMENT OF JUSTICE

### CERTIFICATE OF RELEASE OF LIEN
IMPOSED UNDER
THE FEDERAL DEBT COLLECTION PROCEDURES ACT
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF CONNECTICUT

United States Attorney's Office for
The District of Connecticut

Serial Number
2001Z00197

I hereby certify that Marnie S. Martinez has satisfied the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions is hereby released. The proper officer in the office where the Notice of Lien or Judgment was filed on **December 7, 2001 at Book 01614 and Page 0280**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

**NAME OF DEFENDANT**      Marnie S. Martinez

**RESIDENCE**              511 East Main Street
                           Norwich, Connecticut 06360

**COURT IMPOSING JUDGMENT** DISTRICT OF CONNECTICUT

**COURT NUMBER**           3:01CV01216 (CFD)

**AMOUNT OF JUDGMENT**     $2,076.06

**PLACE OF FILING**        Town Clerk
                           City Hall Rm. 214
                           Norwich, Connecticut 06360

WITNESS my hand at New Haven, on this, the 22nd day of December, 2003.

_____
CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
U. S. ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700